No. 12–5999. FERNANDEZ MARTINEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6060. DRIGGERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6061. DOUGLAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–9588. DA COSTA *v.* UNITED STATES ET AL., 566 U. S. 1026. Motion for leave to file petition for rehearing denied.

OCTOBER 10, 2012

No. 12A343. GREEN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 12–6652 (12A346). GREEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. Application for stay of execution of sentence of death, presented to JUSTICE GINSBURG, and by her referred to the Court, denied. Certiorari denied.

OCTOBER 15, 2012

No. 12–5771. SMITH *v.* GOMEZ. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Mar-*